Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
MCDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOMETOWN HEALTH PLAN, INC., a Nevada non-profit corporation and HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., a Nevada non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GATEWAY HEALTH PARTNERS, INC., a Delaware corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00581-MMD-CSD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs Hometown Health Plan, Inc. and Hometown Health Providers Insurance Company, Inc. (collectively "Hometown Health") and Defendant Gateway Health Partners, Inc. ("Gateway"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Gateway to respond to the Complaint from January 7, 2025 to March 8, 2025.

Gateway requires additional time to meaningfully analyze the issues presented in this action and to respond. Furthermore, the parties request additional time to discuss the issues presented in

this action and will be participating in mediation during this time period.[1] The parties do not seek this extension for the purposes of delay and this is the first request by Gateway for an extension of time to respond to Hometown Health's Complaint. Accordingly, the parties request that the Court grant an extension of time to respond to Hometown Health's Complaint until **March 8, 2025.**

| | |
|---|---|
| DATED this 8th day of January, 2025. | DATED this 8th day of January, 2025. |
| MCDONALD CARANO LLP | QUARLES & BRADY LLP |
| */s/ Adam Hosmer-Henner* <br> Adam Hosmer-Henner, Esq. (NSBN 12779) <br> Katrina Weil, Esq. (NSBN 16152) <br> 100 West Liberty Street, Tenth Floor <br> Reno, Nevada 89501 <br> (775) 788-2000 <br> ahosmerhenner@mcdonaldcarano.com <br> kweil@mcdonaldcarano.com <br><br> *Attorneys for Plaintiffs* | */s/ Mark W. Bina* <br> Mark W. Bina, Esq. (*pro hac vice forthcoming*) <br> 300 N. LaSalle Street, Suite 4000 <br> Chicago, Illinois 19428 <br> (312) 715-5000 <br> Mark.bina@quarles.com <br><br> Brooks T. Westergard (NSBN 14300) <br> DICKINSON WRIGHT PLLC <br> 100 West Liberty Street, Suite 940 <br> Reno, Nevada 89501 <br> (775) 343-7500 <br> bwestergard@dickinson-wright.com <br><br> *Attorneys for Defendant* |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2025

---

[1] This Stipulation should not be construed as, nor shall it constitute a waiver of any rights or defenses of any party. The parties agree, however, that this period set aside for mediation shall fully satisfy any contractual pre-litigation dispute resolution conditions to the extent they have not already been satisfied. Furthermore, the parties agree that this Stipulation does not prevent the parties from further seeking to extend Gateway's response date by subsequent stipulation or to prevent Gateway from unilaterally petitioning the Court for additional time if necessary.

2