Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOMETOWN HEALTH PLAN, INC., a Nevada non-profit corporation and HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., a Nevada non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GATEWAY HEALTH PARTNERS, INC., a Delaware corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00581-MMD-CSD<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs Hometown Health Plan, Inc. and Hometown Health Providers Insurance Company, Inc. (collectively "Hometown Health") and Defendant Gateway Health Partners, Inc. ("Gateway"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Gateway to respond to the Complaint from March 8, 2025 to April 7, 2025.

Gateway requires additional time to meaningfully analyze the issues presented in this action and to respond. Furthermore, the parties request additional time to discuss the issues presented in this action and to work towards a potential resolution without further litigation. The parties participated in a mediation on February 21st and have continued discussions in good faith following

QB\95092119.1

the mediation.[1] The parties do not seek this extension for the purposes of delay and this is the second request by Gateway for an extension of time to respond to Hometown Health's Complaint. Accordingly, the parties request that the Court grant an extension of time to respond to Hometown Health's Complaint until **April 7, 2025.**

DATED this 7th day of March, 2025.

MCDONALD CARANO LLP

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner, Esq. (NSBN 12779)
Katrina Weil, Esq. (NSBN 16152)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Plaintiffs*

DATED this 7th day of March, 2025.

QUARLES & BRADY LLP

*/s/ Mark W. Bina*
Mark W. Bina, Esq. (*pro hac vice forthcoming*)
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 19428
(312) 715-5000
Mark.bina@quarles.com

Brooks T. Westergard (NSBN 14300)
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, Nevada 89501
(775) 343-7500
bwestergard@dickinson-wright.com

*Attorneys for Defendant*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __March 10, 2025._____

---

[1] This Stipulation should not be construed as, nor shall it constitute a waiver of any rights or defenses of any party. The parties agree, however, that this period set aside for mediation shall fully satisfy any contractual pre-litigation dispute resolution conditions to the extent they have not already been satisfied. Furthermore, the parties agree that this Stipulation does not prevent the parties from further seeking to extend Gateway's response date by subsequent stipulation or to prevent Gateway from unilaterally petitioning the Court for additional time if necessary.