Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOMETOWN HEALTH PLAN, INC., a Nevada non-profit corporation and HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., a Nevada non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GATEWAY HEALTH PARTNERS, INC., a Delaware corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00581-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 1A 6-2, Plaintiffs Hometown Health Plan, Inc. and Hometown Health Providers Insurance Company, Inc. (collectively "Hometown Health") and Defendant Gateway Health Partners, Inc. ("Gateway") hereby jointly stipulate to dismiss the above-captioned action with prejudice in its entirety.

///

///

///

///

1    Each party shall bear its own attorney fees and costs incurred in this action.

3    DATED this 18th day of September, 2025.   DATED this 18th day of September, 2025.

4    MCDONALD CARANO LLP                       QUARLES & BRADY LLP

5    */s/ Adam Hosmer-Henner*                  */s/ Mark W. Bina*
     Adam Hosmer-Henner, Esq. (NSBN 12779)     Mark W. Bina, Esq. (*pro hac vice forthcoming*)
6    Katrina Weil, Esq. (NSBN 16152)           300 N. LaSalle Street, Suite 4000
7    100 West Liberty Street, Tenth Floor      Chicago, Illinois 19428
     Reno, Nevada 89501                        (312) 715-5000
8    (775) 788-2000                            Mark.bina@quarles.com
     ahosmerhenner@mcdonaldcarano.com
9    kweil@mcdonaldcarano.com                  Brooks T. Westergard (NSBN 14300)
                                               DICKINSON WRIGHT PLLC
10   *Attorneys for Plaintiffs*                100 West Liberty Street, Suite 940
                                               Reno, Nevada 89501
                                               (775) 343-7500
                                               bwestergard@dickinson-wright.com

     *Attorneys for Defendant*

     **IT IS SO ORDERED.**

     _____
     UNITED STATES DISTRICT JUDGE

     DATED: September 19, 2025